No. 89–1566. SEJMAN ET AL. *v.* WARNER-LAMBERT CO., INC. C. A. 4th Cir. Certiorari denied.

No. 89–1573. ALABAMA *v.* MCDANIEL. Ct. Crim. App. Ala. Certiorari denied.

No. 89–1582. CONNECTICUT ET AL. *v.* UNITED STATES MERIT SYSTEMS PROTECTION BOARD. C. A. 2d Cir. Certiorari denied.

No. 89–1584. DEAN WITTER REYNOLDS INC. ET AL. *v.* COFFEY. C. A. 10th Cir. Certiorari denied.

No. 89–1588. WRENN *v.* OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1603. CHEW *v.* CALIFORNIA. C. A. Fed. Cir. Certiorari denied.

No. 89–1604. OREGON STATE POLICE OFFICERS ASSN., INC., ET AL. *v.* OREGON ET AL. Sup. Ct. Ore. Certiorari denied.

No. 89–1605. NELSON *v.* JONES. Sup. Ct. Alaska. Certiorari denied.

No. 89–1620. INDEPENDENT INSURANCE AGENTS OF AMERICA, INC., ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1622. SALEH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–1633. ODOM, AKA KELLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–1634. LYMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–1640. SLUDER ET UX. *v.* UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–1648. SANDOZ PHARMACEUTICALS CORP. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.